# United States District Court

SOUTHERN __ DISTRICT OF __ TEXAS
McALLEN DIVISION

UNITED STATES OF AMERICA
V.

**Estefany Elizabeth MEJIA**
YOB: 1991
COC: Honduras

Name and Address of Defendant

**CRIMINAL COMPLAINT**

Case Number: 7:19-MJ-1087

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about __May 13, 2019__ in __Hidalgo__ County, in the __Southern__ District of __Texas__ defendant(s) did,

being then and there an alien, who had been previously **deported/removed** from the United States in pursuance of law did therefore knowingly, willfully and in violation of law attempt to gain illegal entry into the United States, the Attorney General of the United States and/or the Secretary of Homeland Security, not therefore having consented to a re-application by the defendant for admission into the United States,

in violation of Title __8__ United States Code, Section(s) __1326__
I further state that I am a(n) __Customs and Border Protection Officer__ and that this complaint is based on the following facts:

The defendant attempted to enter the United States illegally at the Hidalgo Port of Entry by claiming to be a Legal Permanent Resident of the United States. As proof, she presented her invalid Legal Permanent Resident card. Database queries revealed the defendant was last deported/removed to Honduras on May 17, 2018 through Houston, TX. Records show no evidence exists of the defendant having obtained permission from the United States Attorney General or the Secretary of Homeland Security to re-enter the United States. The defendant is a citizen of Honduras and has no legal status in the United States. On or about September 3, 2013, the defendant was convicted of aggravated assault with a deadly weapon, and sentenced to two (2) years confinement.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Sworn to before me and subscribed in my presence,

_/s/ Carissa Salinas_
Signature of Complainant

**Approved By: Frances Blake**

Carissa Salinas
Printed Name of Complainant

May 14, 2019 - 8:18 A.M.
Date

at   **McAllen, Texas**
City and State

**Juan F. Alanis**
**U.S. Magistrate Judge**
Name and Title of Judicial Officer

Signature of Judicial Officer